# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1786

_____

BERNARDO OCHOA,

    Petitioner,

v.

CAPTAIN STEPHENS,

    Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

December 31, 2025

PER CURIAM.

Because the trial court has ruled on Petitioner's motion for summary judgment and dismissed the case below, the Court dismisses the petition for writ of mandamus as moot. *See Granville v. State*, 382 So. 3d 792 (Fla. 1st DCA 2024).

LEWIS, LONG, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bernardo Ochoa, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.